UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROUSTER JR., CHARLES T. | § | Case No. 14-11236 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ELLIOTT POLANIECKI, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        KENNETH JORDAN
        CLERK OF THE COURT
        221 E. FOURTH ST., SUITE 800
        CINCINNATI, OH 45202

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/03/2014                By: /s/ ELLIOTT POLANIECKI
                                                                    TRUSTEE

*ELLIOTT POLANIECKI, TRUSTEE*
*9000 PLAINFIELD ROAD*
*CINCINNATI, OH 45236*

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** OHIO
WESTERN  (CINCINNATI) **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| ROUSTER JR., CHARLES T. | § | Case No. 14-11236 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of                                             $

and approved disbursements of                                                 $

leaving a balance on hand of[1]                                                $


Claims of secured creditors will be paid as follows:

NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ELLIOTT POLANIECKI, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ELLIOTT POLANIECKI, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                              $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BUREAU OF WORKERS COMPENSATION | $ | $ | $ |
| 000002 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000003 | OHIO CAT TAX | $ | $ | $ |
| 000004 | OHIO DEPARTMENT OF JOB & FAMILY SERVICES | $ | $ | $ |
| 000005 | STATE OF OHIO DEPARTMENT OF TAXATION | $ | $ | $ |
| 000006 | STATE OF OHIO DEPARTMENT OF TAXATION | $ | $ | $ |
| 000007 | STATE OF OHIO DEPARTMENT OF TAXATION | $ | $ | $ |
| 000008 | STATE OF OHIO DEPARTMENT OF TAXATION | $ | $ | $ |
| 000010A | OHIO DEPARTMENT OF TAXATION | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | DUKE ENERGY SHARED SERVICES, INC. | $ | $ | $ |
| 000011 | MIDLAND CREDIT MANAGEMENT, INC. | $ | $ | $ |
| 000012 | FIRST FINANCIAL BANK | $ | $ | $ |
| 000010B | OHIO DEPT OF TAXATION, BKRPTCY DIVISION | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                           $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ELLIOTT POLANIECKI
                            TRUSTEE

*ELLIOTT POLANIECKI, TRUSTEE*
*9000 PLAINFIELD ROAD*
*CINCINNATI, OH 45236*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) was served by electronic mail to Debtor's counsel, the Office of the U.S. Trustee, and the listed recipients of electronic notice, and by regular mail to those listed on the following matrix, on October 3, 2014.

      /s/ Elliott Polaniecki
      Elliott Polaniecki, Trustee
      9000 Plainfield Road
      Cincinnati, OH  45236
      (513) 793-5999
      (513) 793-4691 fax
      e28p@aol.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-1<br>Case 1:14-bk-11236<br>Southern District of Ohio<br>Cincinnati<br>Fri Oct  3 11:38:59 EDT 2014 | 84 Lumber Co.<br>1019 Route 519<br>Eighty Four, PA 15330-2813 | A-1 Sprinkler Co.<br>2383 Northpoint  Dr.<br>Miamisburg, OH 45342-2989 |
| AT&T<br>Payment Center<br>Saginaw, MI 48663-0003 | Asset Acceptance LLC<br>c/o Fulton, Friedman & Gullace LLP<br>P.O. Box 318050<br>Independence, OH 44131-8050 | Asst US Trustee (Cin)<br>Office of the US Trustee<br>36 East Seventh Street<br>Suite 2050<br>Cincinnati, OH 45202-4457 |
| B&B Saw and Tool<br>115 Front Street<br>Mount Orab, OH 45154-9222 | Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Bank of America nka FIA Card Services<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| Bureau of Workers Compensation<br>c/o Ohio Attorney General's Office<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | Charles & Phyllis Rouster Sr.<br>2904 Grand Ave.<br>Middletown, OH 45044-6049 | Charles and Phyllis Rouster<br>2904 Grand Avenue<br>Middletown, OH 45044-6049 |
| Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase BP<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | City of Middletown<br>P.O. Box 630157<br>Cincinnati, OH 45263-0157 | City of Middletown<br>P.O. Box 740402<br>Cincinnati, OH 45274-0402 |
| Comdata<br>P.O. Box 548<br>Brentwood, TN 37024-0548 | Comdoc Inc.<br>P.O. Box 1573<br>Akron, OH 44309-1573 | Compress Air Tech<br>120 Lawton Ave.<br>Monroe, OH 45050-1212 |
| David Callsen<br>9741 Hinkle Road<br>Middletown, OH 45042 | David D. Callsen<br>9741 Hinkle Road<br>Middletown, OH 45042 | Dennis Beatty<br>1900 1st Ave.<br>Middletown, OH 45044-4405 |
| Duke Energy<br>P.O. Box 9001076<br>Louisville, KY 40290 | Duke Energy<br>P.O. Box 960-EF367<br>Cincinnati, OH 45273-9598 | Duke Energy Shared Services, Inc.<br>P.O. Box 1321  DEC45A<br>Legal Bankruptcy<br>Charlotte NC 28201-1321 |
| Eagle Metal<br>P.O. Box 1267<br>Mabank, TX 75147-1267 | Electric Motor Tech<br>5217 Beech St.<br>Cincinnati, OH 45217-1021 | Equipment Depot<br>P.O. Box 714896<br>Columbus, OH 43271-4896 |

| | | |
|---|---|---|
| Excel Corp. Care<br>4220 Oxand Ave.<br>Middletown, OH 45044 | FIA Card Services<br>c/o Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Finney Stagnaro Saba & Patterson<br>7373 Beechmont Avenue<br>Cincinnati, OH 45230-4126 |
| First Financial Bank<br>225 N. Main Street<br>Celina, OH 45822-1601 | First Financial Bank<br>Mason, Schilling & Mason LPA<br>P.O. Box 498367<br>Cincinnati, OH 45249-7367 | Flagstar Bank nka Greentree<br>5151 Corporate Dr.<br>Troy, MI 48098-2639 |
| Greentree<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Home Depot<br>P.O. Box 9055<br>Des Moines, IA 50368-9055 | ITW Bldg. Comp. Group<br>P.O. Box 3129<br>Carol Stream, IL 60132-3129 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelly Brothers<br>P.O. Box 15073<br>Latonia, KY 41015-0073 |
| Keymark Engineering<br>6707 Winchester Circle<br>Boulder, CO 80301-3573 | Kirkpatrick Lumber<br>3420 Grace Avenue<br>Cincinnati, OH 45208-2410 | Leaf<br>P.O. Box 644006<br>Cincinnati, OH 45264-4006 |
| Lowe's Business Account<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Neal Mobile Truck Service<br>6707 Little twin Rd.<br>Germantown, OH 45327-8538 |
| Nenni & Company CPA<br>1064 N. University Blvd.<br>Middletown, OH 45042-3300 | Ohio Cat Tax<br>P.O. Box 182857<br>Columbus, OH 43218-2857 | Ohio Department of Job & Family Services<br>P.O. Box 182409<br>Columbus, OH 43218-2409 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Prefab Building Components<br>1100 Enoch Dr.<br>Middletown, OH 45042 | Roush Gen. Cont.<br>P.O. Box 154<br>Middletown, OH 45042-0154 |
| Safe T Propane<br>9210 Eby Road<br>P.O. Box 16<br>Germantown, OH 45327-0016 | Samuel O. Nelson<br>424 Vincent Ct.<br>Middletown, OH 45042-4903 | Spartan Forest Prop.<br>2100 V West Cornwallis Dr.<br>Greensboro, NC 27408-7015 |
| Speedway Super America<br>P.O. Box 740587<br>Cincinnati, OH 45274-0587 | State of Ohio Department of Taxation<br>30 E. Broad Street<br>22nd Floor<br>Columbus, OH 43215-3414 | State of Ohio Department of Taxation<br>Attorney General Collection Enforcement<br>150 E. Gay St., 21st Floor<br>Columbus, OH 43215-3191 |

| | | |
|---|---|---|
| State of Ohio Department of Taxation<br>P.O. Box 347<br>Columbus, OH 43216-0347 | Tri-State Forest Prop.<br>P.O. Box 712129<br>Cincinnati, OH 45271-2129 | U-Line<br>2200 S. Lakeside Ave.<br>Waukegan, IL 60085-8311 |
| U.S. Bancorp<br>1310 Madrid St.<br>Marshall, MN 56258-4099 | Universal Forest Prop.<br>33373 Treasury Center.<br>Chicago, IL 60694-3300 | WIC Insurance<br>P.O. Box 9001566<br>Louisville, KY 40290-1566 |
| Waste Management Koogler<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | Charles T. Rouster Jr.<br>308 S. Sutphin Street, Apt. 1<br>Middletown, OH 45044-4647 | Elliott Polaniecki<br>9000 Plainfield Road<br>Cincinnati, OH 45236-1202 |
| Harold Jarnicki<br>576 Mound Court<br>Suite B<br>Lebanon, OH 45036-2090 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Ops<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Insolvency, Group 1<br>550 Main Street, Room 3525<br>Cincinnati, OH 45202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ohio Department of Taxation

End of Label Matrix
Mailable recipients    69
Bypassed recipients     1
Total                  70